## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRUZ OYOLA-NIEVES, et. al. | * |
| Plaintiffs | * Civil No. 98-1341 (SEC) |
| v. | * |
| HYUNDAI MOTOR COMPANY, et. al. | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

According to the planitffs' "Notice of Voluntary Dismissal with Prejudice" **(Docket # 15)**, and pursuant to Fed. Rul. Civ. P. 41(a)(1)(i), the above-captioned matter is hereby **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 5 day of November, 1999.

SALVADOR E. CASELLAS
United States District Judge





AO 72A
(Rev.8/82)